IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 07-129ML
:
GERARD M. MARTINEAU :

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance on behalf of Gerard M. Martineau, the Defendant in the above-captioned case.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/ James E. O'Neil, Esq.
James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of October, 2007 a true and accurate copy of the within Entry of Appearance was faxed to Assistant US Attorney Gerald Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil, Esq.
James E. O'Neil, Esq.