AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
GERARD M. MARTINEAU

WAIVER OF INDICTMENT

CASE NUMBER: CR07-129ML

I, GERARD M. MARTINEAU, the above named defendant, who is accused of

HONEST SERVICES MAIL FRAUD IN VIOLATION OF 18 U.S.C. SUBSECTIONS 1341 AND 1346

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/12/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature] E. O'Neil
Counsel for Defendant

Before [signature] David L. Martin
Judicial Officer USMJ

This form was electronically produced by Elite Federal Forms, Inc.