UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Case No. CR 07-129ML
:
GERARD M. MARTINEAU :

**ENTRY OF APPEARANCE**

William P. Devereaux hereby enters his appearance on behalf of Defendant, Gerard M. Martineau in the above-entitled matter.

Respectfully submitted,

**PANNONE LOPES & DEVEREAUX LLP**

/s/ William P. Devereaux

William P. Devereaux (#2241)
317 Iron Horse Way, Suite 301
Providence, RI 02908
Tel.: (401) 824-5100
Fax: (401) 824-5123
wdevereaux@pldlaw.com

**CERTIFICATON**

I hereby certify on this 7th day of November, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

James E. O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
jameseoneil@cox.net

Gerald B. Sullivan
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
gerard.sullivan@usdoj.gov

/s/ William P. Devereaux

#7434