IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO: CR 07-129ML |
| GERARD M. MARTINEAU | : | |

**ENTRY OF APPEARANCE**

I, the undersigned, hereby enter my appearance on behalf of Gerard M. Martineau, the Defendant in the above-captioned case.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

____________________________

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this ____ day of October, 2007 a true and accurate copy of the within Entry of Appearance was faxed to Assistant US Attorney Gerald Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

____________________________

James E. O'Neil, Esq.