# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 07-129ML
:
GERARD M. MARTINEAU :

## Motion to Amend Conditions of Bail

Now comes the defendant, by and through his attorney the undersigned James E. O'Neil, Esq., and respectfully moves this Honorable Court to amend the defendant's conditions of bail to permit Mr. Martineau to travel to the State of New Hampshire and remain within New Hampshire during the time period December 28th 2007 up to and including January 4th 2008 for purposes of enjoying the Holiday season with his two children and their mother Lisa Martineau.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/James E. O'Neil
James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of November, 2007 a true and accurate copy of the within Motion to Amend Conditions of Bail was sent to Assistant U.S. Attorney Gerald Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil
James E. O'Neil, Esq.