**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CASE NO: CR 07-129ML** |
| **GERARD M. MARTINEAU** | : | |

**Memorandum in Support of Defendant's Motion to Amend Conditions of Bail**

The defendant offers the following in support of his motion seeking permission to travel out of state to New Hampshire. On October 12, 2007 the defendant was arraigned by Magistrate Judge David Martin as a condition of bail, Mr. Martineau's travel was restricted to the State of Rhode Island and the Blackstone Valley area of the Commonwealth of Massachusetts. Thereafter, on November 2, 2007 the defendant entered a change of plea to criminal information number CR 07-129ML; the earlier conditions of bail were continued.

The defendant now seeks authority from the Court to travel to New Hampshire to enjoy the Holiday season with his family. On November 13, 2007 the defendant notified the United States Probation Department of his desire to travel and importantly provided probation with the address and phone number where he would reside in Bartlett, New Hampshire during the dates of December 28, 2007 and January 4, 2007. While it is recognized that probation does not have authority to approve the type of travel sought, it is undersigned counsel's understanding that United States probation officer Maureen Bradley has no objection to Mr. Martineau's proposed travel plan. Undersigned counsel was also advised on this date November 16, 2007 by Assistant United States Attorney Gerard Sullivan that the Government has no objection to the proposed amendment of the conditions of bail which will permit Mr. Martineau to travel to New Hampshire.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/ James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of November, 2007 a true and accurate copy of the within Memorandum in Support of Defendant's Motion to Amend Conditions of Bail was sent to Assistant U.S. Attorney Gerald Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil
James E. O'Neil, Esq.