**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CASE NO: CR 07-129ML** |
| **GERARD M. MARTINEAU** | : | |

Motion to Amend Conditions of Bail

Now comes the defendant, by and through his attorney the undersigned James E. O'Neil, Esq., and respectfully moves this Honorable Court to amend the defendant's conditions of bail to permit Mr. Martineau to travel to the State of Massachusetts and remain within Massachusetts for the day of January 10, 2008 for purposes of enjoying a Bruins hockey game with his two children.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 31st day of December, 2007 a true and accurate copy of the within Motion to Amend Conditions of Bail was mailed first class postage to Assistant U.S. Attorney Gerard Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil
James E. O'Neil, Esq.