IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO: CR 07-129ML |
| GERARD M. MARTINEAU | : | |

**Memorandum in Support of Defendant's Motion to Amend Conditions of Bail**

The defendant offers the following in support of his motion seeking permission to travel out of state to New Hampshire. On October 12, 2007 the defendant was arraigned by Magistrate Judge David Martin as a condition of bail, Mr. Martineau's travel was restricted to the State of Rhode Island and the Blackstone Valley area of the Commonwealth of Massachusetts. Thereafter, on November 2, 2007 the defendant entered a change of plea to criminal information number CR 07-129ML; the earlier conditions of bail were continued.

The defendant now seeks authority from the Court to travel to Boston, Massachusetts to attend a Boston Bruins Hockey Game with his two sons.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/ James E. O'Neil
James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 31st day of December, 2007 a true and accurate copy of the within Memorandum in Support of Defendant's Motion to Amend Conditions of Bail was mailed first class postage to Assistant U.S. Attorney Gerard Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil
James E. O'Neil, Esq.