**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No: 07-129ML |
| | ) | |
| GERARD M. MARTINEAU | ) | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney, hereby moves this Honorable Court pursuant to USSG §3E1.1 for a three level decrease in the defendant's offense level based upon his acceptance of responsibility, provided the Court determines the defendant's offense level to be 16 or greater. In support of its request, the government avers that the defendant's timely notification of his intention to enter a plea of guilty permitted the government to avoid preparing for trial and to allocate its resources more efficiently.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S.Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 - phone
(401) 709-5001 - fax
Gerard.Sullivan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2008, I caused the Government's Motion to Grand Defendant a Three Level Decrease in Offense Level for Acceptance of Responsibility to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

James O'Neil, Esq.
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852

William P. Devereaux, Esq.
1800 Financial Plaza
Providence, RI 02903

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney