**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CASE NO: CR 07-129ML** |
| **GERARD M. MARTINEAU** | : | |

# Motion to Amend Conditions of Bail

Now comes the defendant, by and through his attorney the undersigned James E. O'Neil, Esq., and respectfully moves this Honorable Court to amend the defendant's conditions of bail to permit Mr. Martineau to travel to Boston, Massachusetts on January 23, 2008 with his son for the purposes of "treating" his son to a Boston Bruins hockey game. Mr. Martineau's intention if in fact he is permitted to travel would be to travel to Boston on January 23, 2008 and return to Rhode Island immediately after the completion of the hockey game. Assistant United States Attorney Gerald Sullivan has telephonically advised the undersigned that he hath no objection to Mr. Martineau's proposed travel plan.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 23rd day of January, 2008 a true and accurate copy of the within Motion to Amend Conditions of Bail was sent to Assistant U.S. Attorney Gerald Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil
James E. O'Neil, Esq.