# A

BlueCHiP

HealthMate Coast-to-Coast

Blue Cross Dental

Classic Blue

Plan 65

BlueCHiP for Medicare

*Be Yourself.*
*Choose Your Plan.*

Blue Cross Blue Shield
of Rhode Island

BlueCHiP
Coordinated Health Partners, Inc.

BlueCHiP is offered by Coordinated Health Partners, Inc., a wholly owned subsidiary of Blue Cross & Blue Shield of Rhode Island. Both are independent licensees of the Blue Cross and Blue Shield Association.

CCR-4201 3/02

Name ______________________________

Address ______________________________

Telephone ______________________________

Prescription# ______________________________

Prescription# ______________________________

Prescription# ______________________________

Prescription# ______________________________

Ins. Plan Information ______________________________

______________________________

______________________________

ARROW®

Prescription Center

**OFFERING:**

- **Children's Prescription Discounts**
- **Senior Citizen's Prescription Discounts**
- **Computerized Pharmacy Records**
- **24-Hour Emergency Service**

Each Arrow Precription Center is independently owned and operated

ConnectiCare® 65

*A Medicare Plan For You*

*tollfree* **1(888) 883-6565**



HealthAmerica®

Advantra®

*The coverage you need. The benefits you want.*

**1-800-470-4272**