# C

2000 FS-1 W

Rhode Island Ethics Commission

# 2000 YEARLY FINANCIAL STATEMENT

ALL QUESTIONS REFER TO CALENDAR YEAR JANUARY 1, 2000 THROUGH DECEMBER 31, 2000 UNLESS OTHERWISE SPECIFIED.

Please answer all questions and where your answer is "none" or "not applicable" so state. **ANSWERS SHOULD BE PRINTED OR TYPED,** and additional sheets may be used if more space is needed. For clarification of any question, read instruction sheet.

Note: The failure to file a Yearly Financial Statement by a state or municipal elected or appointed official is a violation of the law and may subject the official to penalties, including fines. If you received a 2000 Yearly Financial Statement in the mail but believe you were not a state or municipal elected or appointed official in 2000 or 2001 you should contact the Ethics Commission (See Instruction Sheet for contact information).

1. ________________________________________
NAME OF OFFICIAL (LAST) (FIRST) (INITIAL)

2. ________________________________________
HOME ADDRESS (STREET) (CITY/TOWN) (ZIP CODE)

________________________________________
MAILING ADDRESS (If different from home address)

3. List Public Office(s) you hold and governmental unit:

________________________________________
(PUBLIC OFFICE) (MUNICIPALITY, STATE OR REGIONAL)

________________________________________
(PUBLIC OFFICE) (MUNICIPALITY, STATE OR REGIONAL)

I was elected in ______ (year). I was appointed in ______ (year).

If you no longer hold office, state the year of termination or resignation _______.

4. List elected office(s) for which you were/are a candidate in the calendar year 2000 or 2001. (Read instruction #4)

________________________________________

5. List the following: NAME OF SPOUSE NAME(S) OF DEPENDENT CHILD OR CHILDREN

| NAME OF SPOUSE | NAME(S) OF DEPENDENT CHILD OR CHILDREN |
|---|---|

6. List the names of any employer from which you, your spouse, or dependent child received $1,000 or more gross income during calendar year 2000. If self-employed, list any occupation from which $1,000 or more gross income was received. If employed by a state or municipal agency, or if self-employed and services were rendered to a state or municipal agency for an amount of income in excess of $250.00, list the date and nature of services rendered. If the public office or employment listed in #3, above, provides you with an amount of gross income in excess of $250.00 it must be listed here. **(Do Not List Amounts.)**

| NAME OF FAMILY MEMBER EMPLOYED | NAME AND ADDRESS OF EMPLOYER OR OCCUPATION | DATES AND NATURE OF SERVICES RENDERED |
|---|---|---|

7. List the address or legal description of any real estate, other than your principal residence, in which you, your spouse, or dependent child had a financial interest.

| NAMES | NATURE OF INTEREST | ADDRESS OR DESCRIPTION |
|---|---|---|

8. List name of any trust, name and address of the trustee of any trust, from which you, your spouse, or dependent child or children individually received $1,000 or more gross income. List assets if known. **(Do Not List Amounts)**

NAME OF TRUST:______________________________

NAME OF TRUSTEE AND ADDRESS:______________________________

______________________________

NAME OF FAMILY MEMBER RECEIVING TRUST INCOME:______________________________

ASSETS:______________________________

9. List the name and address of any business, profit or non-profit, in which you, your spouse, or dependent child held a position as a director, officer, partner, trustee, or a management position.

| NAME OF FAMILY MEMBER | NAME AND ADDRESS OF BUSINESS | POSITION |
|---|---|---|

10. List the name and address of any person, business entity, or other organization that made total gifts or total contributions in excess of $100 in cash or property during calendar year 2000 to you, your spouse or dependent child. Certain gifts from relatives and certain campaign contributions are excluded. (See instruction #10)

| NAME OF PERSON RECEIVING GIFT OR CONTRIBUTION | NAME AND ADDRESS OF PERSON OR ENTITY MAKING GIFT OR CONTRIBUTION |
|---|---|

11. List the name and address of any business in which you, your spouse, or dependent child individually or collectively holds a 10% or greater ownership interest, or a $5,000 or greater ownership or investment interest.

| NAME OF FAMILY MEMBER | NAME AND ADDRESS OF BUSINESS |
|---|---|

12. If any business listed in #11, above, did business in excess of a total of $250 in calendar year 2000 with a state or municipal agency, **AND** you are a member or employee of the agency or exercise direct or legislative control over the agency, list the following:

| NAME AND ADDRESS OF BUSINESS | NAME OF AGENCY | DATE AND NATURE OF TRANSACTION |
|---|---|---|

13. If any business listed in #11, above, was a business entity subject to direct regulation by a state or municipal agency, and you are a member or employee of the agency or exercise direct or legislative control over the agency, list the following:

| NAME AND ADDRESS OF BUSINESS | NAME OF REGULATING AGENCY |
|---|---|

14. If you, your spouse, or dependent child individually or collectively acquired or divested a 10% ownership interest or a $5,000 or greater ownership or investment interest in a business after January 1, 2001 and before the date you file this statement AND if said business was regulated by a state or municipal agency of which you are an employee or a member, or over which you exercise direct or legislative authority, list the following:

| NAME AND ADDRESS OF BUSINESS | DESCRIPTION AND INTEREST (NOT AMOUNT) AND DATE ACQUIRED AND/OR DIVESTED |
|---|---|

| NAME OF REGULATING INDUSTRY | HOW REGULATED |
|---|---|

15. If you, your spouse, or dependent child acquired or divested a 10% ownership interest or a $5,000 or greater ownership or investment interest in a business after January 1, 2001 and before the date you file this statement, which did business in excess of $250 with a state or municipal agency of which you are an employee or a member, or over which you exercise direct or legislative authority, list the following:

| NAME AND ADDRESS OF BUSINESS | DESCRIPTION OF INTEREST DATE ACQUIRED AND/OR DIVESTED (DO NOT INCLUDE AMOUNT) | NAME OF STATE OR MUNICIPAL AGENCY |
|---|---|---|

16. If you, your spouse or dependent child were indebted in an amount in excess of one thousand dollars ($1,000.00) to any person, business entity or other organization other than (i) any person related to you, your spouse, or dependent child at any time within the third degree of consanguinity, or (ii) a financial institution regulated by any state or by the United States where such indebtedness is secured solely by a mortgage of record on real property used exclusively as your principal residence, or (iii) any indebtedness arising from transactions involving credit cards, please list the following:

| NAME AND ADDRESS OF DEBTOR | NAME AND ADDRESS OF LENDER |
|---|---|

I certify under penalty of perjury, that this Financial Statement is a complete and accurate response to the questions presented as to the financial information and interests during the year 2000 of myself, my spouse, and my dependent children. I acknowledge that I may request an advisory opinion from the Ethics Commission as to my conduct under the Code of Ethics. I understand that a copy of the Code of Ethics will be provided to me at no cost upon request by contacting the Ethics Commission.

______________________________
SIGNATURE

State of Rhode Island
County of ______________________

Subscribed and sworn to before me at ____________________ this _____ day of ______________200_.

My Commission Expires: ______________________ ______________________________
SIGNATURE OF NOTARY PUBLIC

**THIS STATEMENT WILL BE RETURNED IF IT IS NOT SIGNED AND NOTARIZED.**