# D

**Statement of Conflict of Interest**
**pursuant to R.I. Gen. Laws § 36-14-6**

I ______________________________________________, holding the position of

______________________________________________, hereby under oath depose and say:
(job title or appointed/elected position and name of board/commission/agency/department)

1. A matter involving ______________________________________________

   is presently before ______________________________.
   (name of board/commission/agency/department)

2. I have the following interest in the matter noted in paragraph 1 above:

3. [Please select one of the following]:

( ) A. In compliance with R.I. Gen. Laws § 36-14-6(1), I hereby recuse from participating in the discussion of or taking official action relating to said matter. (This does not prohibit participation as a member of the public in an open meeting, pursuant to Commission Regulation 7003.)

( ) B. In compliance with R.I. Gen. Laws § 36-14-6(1), I hereby state that despite the interest described above, I believe I am able to participate fairly, objectively and in the public interest regarding said matter for the following reasons:

Signed under the penalties of perjury this ____ day of ____________________, 2___.

______________________________
Signature

# How to Give Notice and Recuse

# under the R.I. Code of Ethics

1. Write and sign a memo OR complete a form called the "Statement of Conflict of Interest"

   A. Include your name
   B. Include your office/position
   C. Describe the nature of the potential conflict
   D. Recuse (abstain from participation)
   E. Sign the memo/form.

2. A. If you are a public employee, present the original to your appointing authority, director or immediate superior. You may use a form provided by the Ethics Commission, one provided by your employer, or draft your statement as a memorandum. This statement should be kept on file.

   B. If you serve on an elected or appointed body, present the original to the presiding officer during an official meeting. You may use the form provided by the Ethics Commission, one provided by your public body, or draft your statement as a memorandum. This statement should be kept on file.

3. Send a copy of the memo/form to the Ethics Commission. The Commission will keep the form on file to verify your public disclosure and your recusal.

4. For more information, see <u>R.I. Gen. Laws</u> § 36-14-6 or contact the Rhode Island Ethics Commission, 40 Fountain Street, Providence, R.I. 02903, (401) 222-3790.