IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 07-129ML
:
GERARD M. MARTINEAU :

Motion to Amend Conditions of Bail

Now comes the defendant, by and through his attorney the undersigned James E. O'Neil, Esq., and respectfully moves this Honorable Court to amend the defendant's conditions of bail to permit Mr. Martineau to travel to Atlanta, Georgia for purposes of visiting his son who is enrolled in college in Atlanta, Georgia. It is Mr. Martineau's desire to depart for Georgia on March 6, 2008 and thereafter return to Rhode Island the evening of March 7, 2008. Assistant United States Attorney Gerald Sullivan has advised the undersigned that he has no objection to Mr. Martineau's proposed travel plan.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 26th day of February, 2008 a true and accurate copy of the within Motion to Amend Conditions of Bail was mailed first class postage to Assistant U.S. Attorney Gerard Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil
James E. O'Neil, Esq.