**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CASE NO: CR 07-129ML** |
| **GERARD M. MARTINEAU** | : | |

## Motion to Extend Time for Voluntary Commitment

In accord with the Court's order of February 22, 2008 the Defendant is currently due to voluntarily surrender to the United States Marshall, Providence, Rhode Island or to the designated Federal Correction Institution. Unfortunately, at this juncture the U.S. Bureau of Prisons has yet to identify the institution to which Mr. Martineau will be reporting. Ms. Linda Ramos of the U.S. Marshall's office, Providence, RI advised undersigned counsel that at this time the U.S. Bureau of Prisons could not provide a date when Mr. Martineau would be assigned to a designated institution. Therefore, the Defendant is respectfully requesting the opportunity to promptly voluntarily surrender to the institution designated by the U.S. Bureau of Prisons at such time as that institution is identified by the Bureau of Prisons.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/ James E. O'Neil
James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 11th day of March, 2008 a true and accurate copy of the within Motion to Amend Conditions of Bail was mailed first class postage to Assistant U.S. Attorney Gerard Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

/s/ James E. O'Neil
James E. O'Neil, Esq.