**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **V.** | : | **CASE NO: CR 07-129ML** |
| | : | |
| **GERARD M. MARTINEAU** | : | |

## Memorandum in Support of Defendant's Motion to Extend Time for Voluntary Commitment

As reason in support of the Defendant's Motion to Extend Time for Voluntary Commitment, the Court is respectfully advised that the United States Attorney's Office has no objection to the Defendant's Motion. The Defendant poses no risk of flight nor any danger to the community; he continues to cooperate with the Government. Additionally, although the Defendant does not wish to rely upon the memory of his Mother as reasons to Extend the Time for Voluntary Commitment, undersigned counsel advises the Court that the Defendant's mother will be buried on Wednesday, March 12, 2008. Mr. Martineau's ties to his large extended family and his immediate family remain strong. He remains committed to accepting all penalties imposed, he simply seeks the opportunity to voluntarily report to commence his term of imprisonment.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/ James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 11th day of March, 2008 a true and accurate copy of the within Memorandum in Support of Defendant's Motion to Amend Conditions of Bail was sent to Assistant U.S. Attorney Gerald Sullivan, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

__/s/_James E. O'Neil__
James E. O'Neil, Esq.