IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 07-129ML
:
GERARD M. MARTINEAU :

**Motion to Withdraw Motion to Extend Time for Voluntary Commitment**

Now comes the defendant, by and through his attorney the undersigned James E. O'Neil, Esq., and respectfully moves this Honorable Court to Withdraw the Motion to Extend Time for Voluntary Commitment as the Defendant is reporting to The Federal Corrections Institution in Fort Dix, New Jersey, today, March 14, 2008, at 2 p.m.

Respectfully Submitted,
Gerard M. Martineau
By and Through His Attorney

/s/ James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax